UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INDICTMENT

      -v.-                                **08 CRIM 081**

FRANKLIN ADON,                     :

                Defendant.      :

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

In or about November 2006, in the Southern District of New York and elsewhere, FRANKLIN ADON, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 26, 2003, in New York Supreme Court, New York County, for criminal possession of a controlled substance, in violation of New York Penal Law Section 220.39, and without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____            _____
FOREPERSON                         MICHAEL J. GARCIA
                                    United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____  FEB 01 2008
DATE FILED: _____