# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

```
Southern District of New York
DC SDNY    John J. Byrnes
 CUMENT    Attorney-in-Charge
   ONICALLY FILED

       ED:  APR 2 9 2008
```

April 29, 2008

By Facsimile

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The conference is rescheduled
for May 7, 2008 at 10:00 a.m.

*George B. Daniels*
**HON. GEORGE B. DANIELS**

Re:  United States v. Franklin Adon
     08 Cr. 0081 (GBD)

Dear Judge Daniels:

    With the consent of the government, I write on behalf of my client, Franklin Adon, to request a one-week adjournment of the next court conference, currently scheduled for Wednesday April 30.

    I understand from your Chambers that the Court may be available on the morning of May 7 and I request that the conference be adjourned to that time. The parties have been in plea discussions and expect there to be a disposition by that date.

    On behalf of Mr. Adon, I waive any objection to exclusion of time between this writing and the adjourn date from any speedy trial calculation.

Respectfully submitted,

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc:  AUSA Daniel Goldman