```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :    INFORMATION

        -v.-                     :    S1 08 Cr. 81 (GBD)

FRANKLIN ADON,                   :

            Defendant.           :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/11

COUNT ONE

The United States Attorney charges:

In or about November 2006, in the Southern District of New York and elsewhere, FRANKLIN ADON, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States on or about November 19, 2003, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 23, 2003, in New York Supreme Court, New York County, for criminal sale of a controlled substance, in violation of New York Penal Law Section 220.39, and without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney