UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :    08 Cr. 0081 (GBD)

      - v. -                     :

FRANKLIN ADON,                      :

      Defendant.                 :

- - - - - - - - - - - - - - - - - - -X

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 1326(a) and (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        May 7, 2008

0202