# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 15 2008

August 12, 2008

**SO ORDERED**

*[signature]*

**HON. GEORGE B. DANIELS**

AUG 1 5 2008

By Facsimile

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Franklin Adon
      08 Cr. 0081 (GBD)

Dear Judge Daniels:

    With the consent of the government, I write on behalf of my client, Franklin Adon, to request that the Court adjournment Mr. Adon's sentencing, currently scheduled for Wednesday August 20.

    I understand from your Chambers that the Court may be available at 9:30 on Tuesday September 9 and I request that the sentencing be adjourned to that time.

Respectfully submitted,

*[signature]*

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc:   AUSA Daniel Goldman